# Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Michael Robotti
Tel: 646.346.8020
Fax: 212.223.1942
robottiM@ballardspahr.com

February 22, 2022

*Filed Via CM/ECF*

Hon. Arlene R. Lindsay
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    <u>Carvant Financial LLC v. Carvana Co. (Case No. 2:21-cv-05136 (JMA)(ARL))</u>

Dear Judge Lindsay:

      The parties write to respectfully request that the Court lift the stay in this proceeding. On November 19, 2021, the parties requested that the Court (1) stay this proceeding pending the outcome of Plaintiff Carvant Financial, LLC's motion to dismiss or to transfer a related case, which was then pending in the U.S. District Court for the Northern District of Georgia and (2) extend the time for Defendants Carvana Co. and Carvana, LLC, to answer or otherwise respond to Plaintiff's complaint until 14 days after the Court lifts the stay. The Court granted the parties' motion on November 22, 2021. On February 17, 2022, the Northern District of Georgia dismissed the related case. The parties thus request that the Court lift the stay in this action. Pursuant to the Court's November 22 Order, once the Court lifts the stay, Defendants will answer or otherwise respond to the complaint within 14 days.

Sincerely,

*/s/ Michael P. Robotti*

Michael P. Robotti

MR/sm

Cc: Attorneys for Plaintiff
Adam T Simons
Lucy Jewett Wheatley
Matthew G Rosendahl