# Ballard Spahr LLP

999 Peachtree Street, Suite 1600
Atlanta, GA 30309-4421
TEL 678.420.9300
FAX 678.420.9301
www.ballardspahr.com

Chittam Thakore
Tel: 678.420.9484
Fax: 678.420.9301
thakorec@ballardspahr.com

April 1, 2022

*Filed Via CM/ECF*

Hon. Arlene R. Lindsay
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: <u>Carvant Financial LLC v. Carvana Co. (Case No. 2:21-cv-05136 (JMA)(ARL))</u>

Dear Judge Lindsay:

    I write to request leave to withdraw my appearance as counsel of record for Defendants Carvana Co. and Carvana, LLC.

    Starting on April 5, 2022, I will undertake a secondment to work in-house with the legal department of a major client of Ballard Spahr LLP. My assignment will be for six-months or more. The Ballard Spahr LLP counsel who have appeared on record in the above-referenced action will continue to represent Defendants.

    Thank you for considering this request.

Respectfully submitted,

*/s/ Chittam C. Thakore*
Chittam Thakore


cc: Attorneys for Plaintiff
Adam T Simons
Lucy Jewett Wheatley
Matthew G Rosendahl