UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------ X
                                     :
CARVANT FINANCIAL LLC,               :   No. 2:21-cv-05136 (JMA)(ARL)
                                     :
                    Plaintiff,       :
                                     :   ECF Case
                                     :
       -against-                     :
                                     :   **STIPULATION OF DISMISSAL**
                                     :   **WITHOUT PREJUDICE**
CARVANA CO. and CARVANA, LLC,        :
                                     :
                    Defendants.      :
                                     :
                                     :
------------------------------------ X

      IT IS HEREBY STIPULATED AND AGREED, by and among plaintiff Carvant Financial LLC and defendants Carvana, LLC and Carvana Co., by and through their undersigned attorneys, that (1) all claims against defendant Carvana Co. in the above-captioned action be, and hereby are, dismissed without prejudice, and (2) Count IV of the Complaint in the above-captioned action be, and hereby is, dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

Dated: April 7, 2022

| | |
|---|---|
| */s/ Lucy Jewett Wheatley* | */s/ Michael P. Robotti (with permission)* |
| Lucy Jewett Wheatley | Michael P. Robotti |
| McGuireWoods LLP | Ballard Spahr LLP |
| 800 E. Canal Street | 1675 Broadway |
| Richmond, VA 23219 | New York, NY 10019 |
| Phone: 804-775-4320 | Phone: (646) 346-8020 |
| Fax: 804-698-2017 | Fax: (212) 223-1942 |
| lwheatley@mcguirewoods.com | robottim@ballardspahr.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |