August 12, 2022

**Filed via CM/ECF**

The Honorable Joan M. Azrack
United States District Judge
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

   Re: *Carvant Financial LLC v. Carvana, LLC* (No. 2:21-cv-05136-JMA-LGD)

Dear Judge Azrack:

  Plaintiff Carvant Financial LLC ("Carvant") and Defendant Carvana, LLC ("Carvana") jointly file this letter to seek guidance from the Court on the issue of holding a discovery planning conference and commencing discovery under Rule 26(f) of the Federal Rules of Civil Procedure. Carvant believes that the parties should conduct a Rule 26(f) conference and commence discovery while Carvana's proposed partial motion to dismiss remains under consideration by the Court. Carvana believes case management planning under Rule 26(f) and commencement of discovery should await the potential dismissal of two of the four claims in the Complaint, as well as Carvana's responsive pleading and intended counterclaims.

  To avoid motions practice, the parties jointly request that the Court hold a status conference to consider the parties' positions and determine whether case management planning and discovery should commence, or alternatively, direct the parties to file motions to compel or stay discovery. Because this issue relates to the overall management of this case, the parties direct this letter to Your Honor. However, if this issue is more appropriately considered by a magistrate judge, the parties request that this letter be referred to the Honorable Lee G. Dunst for resolution.

  Sincerely,

| | |
|---|---|
| */s/ Lucy Jewett Wheatley* | */s/ Michael P. Robotti (with permission)* |
| Lucy Jewett Wheatley | Michael P. Robotti |
| McGuireWoods LLP | Ballard Spahr LLP |
| 800 E. Canal Street | 1675 Broadway |
| Richmond, VA 23219 | New York, NY 10019 |
| Phone: 804-775-4320 | Phone: (646) 346-8020 |
| Fax: 804-698-2017 | Fax: (212) 223-1942 |
| lwheatley@mcguirewoods.com | robottim@ballardspahr.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

cc: All Counsel of Record