# Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Marjorie J. Peerce
Tel: 646.346.8039
Fax: 212.223.1942
peercem@ballardspahr.com

August 17, 2022

**Filed via CM/ECF**

The Honorable Joan M. Azrack
United States District Judge
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

      Re:    *Carvant Financial LLC v. Carvana, LLC* (No. 2:21-cv-05136-JMA-LGD)

Dear Judge Azrack:

In advance of the pre-motion conference scheduled for August 23, 2022, we respectfully request that Your Honor consider the letter attached as Exhibit A hereto containing an additional ground under which Carvana seeks permission to file a motion to dismiss. We have conferred with counsel for the plaintiff. Without conceding the issue and provided they have adequate opportunity to respond, they have no objection to our submission of this additional argument.

We apologize for not including this argument in our April 7, 2022 pre-motion letter. We were alerted to this additional constitutionality argument via an amicus brief filed by Harvard Professor Rebecca Tushnet (and others) in a different case (*Vans, Inc. v. MSCHF Product Studio, Inc.*, Case No. 1:22-cv-02156 (S.D.N.Y.)), which was filed after we filed the pending pre-motion letter.

Respectfully,

*/s/ Marjorie J. Peerce*

Michael P. Robotti
robottim@ballardspahr.com
Marjorie J. Peerce
seibelc@ballardspahr.com
Ballard Spahr LLP
1675 Broadway
New York, NY 10019
Phone: (646) 346-8020
*Fax: (212) 223-1942*

Brian W. LaCorte
lacorteb@ballardspahr.com
1 E. Washington St., #2300
Phoenix, AZ 85004
Phone: (602) 798-5400
Fax: (602) 798-5590
*Attorneys for Defendants*

    cc:    All Counsel of Record