# CIVIL CAUSE FOR PRE-MOTION CONFERENCE (Tel)

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 8/23/2022    TIME: 1:00 PM    TIME IN COURT: 20 Mins.

CASE: **Carvant Financial LLC v. Carvana Co. et. al.**
**2:21-cv-05136-JMA-LGD**

APPEARANCES:   For Plaintiff: Lucy Wheatley, Adam Simons, Matthew Rosendalh,

For Defendants: Brian LaCorte, Lawrence Nodine, Andrew Hensley, Marjorie Peerce, Catie Seibel

FTR:

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled for
- ☐ A further telephone conference is scheduled for   and will be conducted through the AT&T conference center.  Parties shall dial 1-877-873-8017 and enter access code 4785432# at the prompt.
- ☒ Other: The Court discourages motion practice at this time. However, if the defendant wishes to proceed with the motion, a briefing schedule should be submitted by 9/2/2022. By 8/30/2022, the parties should advise the Court by filing a letter electronically, if they wish to be referred to Mediation.

FILED
CLERK
3:29 pm, Aug 23, 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE