November 4, 2022

*Filed Via CM/ECF*

Hon. Joan M. Azrack
Hon. Lee G. Dunst
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

      Re:    Carvant Financial LLC v. Carvana, LLC (No. 2:21-cv-05136 (JMA) (LGD))

Dear Judge Azrack and Judge Dunst:

The parties provide notice to the Court that following a mediation on October 26, 2022, the parties reached a settlement in principle and entered a settlement term sheet. The parties are preparing a settlement agreement memorializing the term sheet and expect to file closing papers in this case within the next thirty days.

Respectfully,

| | |
|---|---|
| */s/ Michael P. Robotti* | */s/ Lucy J. Wheatley (with permission)* |
| Michael P. Robotti | Lucy J. Wheatley |
| Ballard Spahr LLP | McGuireWoods LLP |
| 1675 Broadway | 800 E. Canal Street |
| New York, NY 10019 | Richmond, VA 23219 |
| Phone: (646) 346-8020 | Phone: 804-775-4320 |
| Fax: (212) 223-1942 | Fax: 804-698-2017 |
| robottim@ballardspahr.com | lwheatley@mcguirewoods.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |